MARGARET BYRNE, as Administratrix, etc., Respondent, *v.* THE BROOKLYN CITY AND NEWTOWN RAILROAD COMPANY, Appellant.

(Argued February 28, 1895; decided March 19, 1895.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made December 26, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

---

*Reported below, 71 Hun, 582.

*Matthew Hale* for appellant.

*J. Stewart Ross* for respondent.

Agree to affirm; no opinion.
All concur, except PECKHAM, J., not voting.
Judgment affirmed.